Michael C. SMART, Petitioner,

v.

DEPARTMENT OF the ARMY,
Respondent.

No. 2008–3120.

United States Court of Appeals,
Federal Circuit.

March 21, 2008.

Michael C. Smart, pro se.

ON MOTION

*ORDER*

Upon consideration of Michael C. Smart's motion for reconsideration of the court's order dismissing his petition for review for failure to file a Fed. Cir. R. 15(c) statement, the statement now having been filed,

IT IS ORDERED THAT:

(1) The motion is granted. The mandate is recalled, the dismissal order is vacated, and the petition for review is reinstated.

(2) The Department of the Army should calculate its brief due date from the date of filing of this order.